COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re 7677 Real Street, LLC

Appellate case number:   01-16-00683-CV

Trial court case number:  2013-43259

Trial court:              234th District Court of Harris County

On February 23, 2017, we abated this case for 45 days to allow the parties to complete settlement negotiations and to obtain any necessary bankruptcy court approval. The 45th day was April 10, 2017 and the parties have not advised this Court of the status of negotiations.

Accordingly, we order the parties to file an update **within 10 days** of the date of this order, advising this Court of the status of settlement negotiations.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                                ☒ Acting individually     ☐ Acting for the Court

Date:  <u>April 27, 2017</u>